FILED

05/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0229

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 22-0229

---

SISTER MARY JO MCDONALD, LORI MALONEY, FRITZ DAILY, BOB BROWN, DOROTHY BRADLEY, VERNON FINLEY, MAE NAN ELLINGSON; AND THE LEAGUE OF WOMEN VOTERS OF MONTANA,

*Plaintiffs and Appellees*,

V.

CHRISTI JACOBSEN, MONTANA SECRETARY OF STATE,

*Defendant and Appellant.*

---

On Appeal from the Montana Second Judicial District Court,
Butte-Silver Bow County, Cause No. DV-21-120
The Honorable Peter Ohman, Presiding

---

## ORDER

---

Upon consideration of the Appellant's opposed motion to file an overlength Motion to Disqualify, and good cause appearing,

IT IS HEREBY ORDERED that the Appellant's motion is granted, and Appellant may file a Motion to Disqualify up to a limit of 4,000 words.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 10 2022